65,937-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

May 12, 2015

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Re: "MOTION TO VACATE JUDGMENT" Tr. Ct. No. CR-24,500-B; WR-65,937-04

Dear Clerk,

On 05/12/2015 I received this Court's Denial of my Pro Se Motion To Vacate Judgment without written order. I fully understand this Court's case load, however, I feel that I presented sufficient evidence supporting my claim that: my original 11.07 petition was unjustly denied and the trial court clearly mislead this Court by stating that it based its decision on an affidavit it never seen and did not even attempt to address claims that would surely warrant the relief sought.

Would you please be so kind and tell me why this Court felt that my motion should be denied when the factual evidence in support is clear, solid and undisputable.

Thank you for your courtesy and cooperation in this matter and I am looking forward to your response.

Sincerely,

CHARLES ELVIS RABY
TDCJ-CID NO. CR-25,500-B
ELLIS UNIT
1697 FM 980
HUNTSVILLE, TEXAS 77343